UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

                Plaintiff,

v.

UNITED STATES PUBLIC BUILDINGS REFORM BOARD,

                Defendant.

Case No. 2:20-cv-1364-RSL

STATUS REPORT, STIPULATED MOTION, AND ORDER

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. This case involves a February 3, 2020 Freedom of Information Act ("FOIA") request made by the Washington State Attorney General's Office related to the National Archives at Seattle.

2. As the Court is aware, the parties have been working diligently to resolve disputed issues between them related to the FOIA request. Following the parties' last update to this Court (Dkt. # 21), the Court directed the parties to provide a further status update and/or a proposed stipulated briefing schedule by June 28, 2021. *See* Dkt. # 22.

3. Since that time, the parties have continued to confer in good faith in order to further narrow and resolve the remaining disputed issues between them. As a result of those efforts, the only remaining issues pertain to Plaintiff's request for attorney's fees and costs. So as to avoid

STATUS REPORT, STIPULATED MOTION, AND ORDER   2:20-cv-1364-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

unnecessary motions practice, or at least narrow the issues that may ultimately need Court resolution, the parties jointly request additional time to try and reach a negotiated resolution on these issues. The parties agree and stipulate that there is good cause to provide this Court with a status update regarding progress towards resolution within 90 days.

4. Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly propose to provide this Court with a status update and/or propose a stipulated briefing schedule within 90 days. Should resolution not be possible, the parties reserve their rights to file a motion in advance of 90 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 28th day of June, 2021.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STATUS REPORT, STIPULATED MOTION,
AND ORDER   2:20-cv-1364-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 29th day of June, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STATUS REPORT, STIPULATED MOTION,
AND ORDER 2:20-cv-1364-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970