UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                       Plaintiff,<br><br>      v.<br><br>UNITED STATES PUBLIC BUILDINGS REFORM BOARD,<br><br>                       Defendant. | Case No. 2:20-cv-1364-RSL<br><br>STATUS REPORT AND STIPULATED MOTION |

      The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1.    This case involves a February 3, 2020 Freedom of Information Act ("FOIA") request made by the Washington State Attorney General's Office related to the National Archives at Seattle.

2.    As the Court is aware, the parties have conferred and resolved disputed issues between them such that the only remaining issue pertains to Plaintiff's request for attorney's fees and costs. Dkt. 24. The parties are continuing to attempt to reach a negotiated resolution on this issue. Plaintiff intends to provide Defendant with a request for attorney's fees and costs along with its billing records by October 15, 2021. Defendant does not stipulate that Plaintiff is eligible or entitled to attorney's fees and costs, but the parties agree to confer in good faith to try and reach a negotiated resolution so as to avoid unnecessary motions practice. The parties jointly request

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1364-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

additional time to try and reach a negotiated resolution on these issues. The parties agree and stipulate that there is good cause to provide this Court with a status update regarding progress towards resolution within 60 days.

3. Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly propose to provide this Court with a status update and/or propose a stipulated briefing schedule within 60 days. Should resolution not be possible, the parties reserve their rights to file a motion in advance of 60 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 27th day of September, 2021.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-4358<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1364-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### ORDER

**IT IS SO ORDERED**.

Dated this 28th day of September, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1364-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970