UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES PUBLIC BUILDINGS REFORM BOARD,<br><br>                    Defendant. | Case No. 2:20-cv-1364-RSL<br><br>STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//
//

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

STIPULATED DISMISSAL WITH PREJUDICE
2:20-cv-1364-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 13th day of December, 2021.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney<br><br>*s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendant* | ROBERT W. FERGUSON<br>Attorney General<br><br>*s/ Lauren K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>Nathan.Bays@atg.wa.gov<br><br>*Attorneys for Plaintiff* |

STIPULATED DISMISSAL WITH PREJUDICE
2:20-cv-1364-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 14th day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED DISMISSAL WITH PREJUDICE
2:20-cv-1364-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970